John M. Naylor
Nevada Bar No. 5435
Kelly M. Scarborough
Nevada Bar No. 16979
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@nblawnv.com
kscarborough@nblawnv.com

*Attorneys for Midland Credit
Management, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ORTEGA,<br><br>            Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>            Defendant. | Case No. 2:25-cv-02619-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WILLIAM ORTEGA and Defendant MIDLAND CREDIT MANAGEMENT, INC., by and through their undersigned counsel, that the above-entitled action be dismissed in its entirety with prejudice.

// // //

// // //

// // //

// // //

// // //

// // //

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

DATED this ____4__ day of May, 2026.

/s/ John M. Naylor
_____
John M. Naylor (Bar No. 5435)
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Email: jnaylor@nblawnv.com

Attorneys for Defendant

DATED this ___29___ day of April, 2026.

_____
William Ortega
224 Ransof Evans Ct.
Las Vegas, NV 89106
Email: williamortega1919@gmail.com

Plaintiff Pro Se

## ORDER

It is so ordered.

The Clerk of Court is kindly directed to close this case.

Dated this __6_ day of May, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000